This is pursuant to inmate Brown's opposition to defendants Motion and Brief for a Spoliation Sanction in compliance with Brown v. Gildea, Case No. 19-CV-0057. To be sure, Brown sent the cited documents out on 3/15/21, which includes a sworn declaration from Brown and exhibits A-E.

Respectfully,

Matthew McNevin
DOC# NJ9986

March 17, 2021

FILED
SCRANTON

MAR 29 2021

PER _____
DEPUTY CLERK

In the United States District Court
For the Central District of Pennsylvania

Gartor Brown,
    Plaintiff

v.

Major Gill;
Lieutenant Wonderland;
C.O.I Mason;
Counselor Darr;
    Defendants.

Declaration of
Matthew McNevin

Civil Action
No. _____

Matthew McNevin hereby declares:

    Approximately around the 12th of May, 2020, I was housed in Kilo/Bravo Cell-1003 and witnessed Corrections Counselor Darr speak to Inmate Gartor Brown #NA6401. Inmate Brown was housed in Kilo/Bravo cell-2020. Brown was telling C.C. Darr he was being denied grievances and deprived of Medical Attention. Brown also asked what was going on with his PREA Claim. C.C. Darr replied, It was Pending and added, "I can't do anything if they don't want to give you grievances."

    On Multiple other occasions I witnessed Inmate Brown ask Lt. Wonderland C.O.I Mason and Major Gill for Grievances. At no time did I witness anyone give Brown a Grievance.

    Inmate Brown also asked Major Gill about his PREA Claim and Gill replied, "It's Pending!".

    Inmate Brown was routinely refused food trays, showers, and recreation. This occurred specifically after an Inmate Davis was moved into Kilo/Bravo Unit where we were housed. Inmate Davis called Inmate Brown a "Rat" continuously.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the following is true and correct to the best of my knowledge.

✱✱✱

Matthew McNevin

_[signature]_

July 21, 2020

In the United States District Court
For the Central District of Pennsylvania

Garter Brown,
     Plaintiff

v.

Lieutenant Gatto;
Corrections Counselor Darr;
     Defendants.

Declaration of
Matthew McNevin

Civil Action
No. _____

Matthew McNevin hereby declares:

On March 7, 2021, I was put in Juliet/Delta cell-1006. It was Inmate Brown was above me in cell-2018. Due to the structure of the housing unit, I can clearly overhear his conversations.

On March 8, 2021 I overheard Brown telling Lt. Gatto he was being deprived grievances. Lt. Gatto replied, "too many lawsuits, we can't give you grievances."

On March 10, 2021, I overheard Brown arguing with CC. Darr about not receiving any grievance forms and not hearing anything regarding his PREA claim. CC. Darr replied, "don't ask me that, they'll tell you when they're ready."

Between August of 2020 and March of 2021 I was not housed on the same unit as Brown.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the following is true and correct to the best of my knowledge.

✳✳✳

Matthew McNevin

March 17, 2021

In the United States District Court
For the Central District of Pennsylvania

| | |
|---|---|
| Gartor Brown,<br>    Plaintiff<br><br>v.<br><br>John Doe(s);<br>Jane Doe(s);<br>    Defendants | Declaration of<br>Matthew McNevin<br><br>Civil Action<br>No. _____ |

Matthew McNevin hereby declares:

    On Multiple occasions while being housing in both of SCI-Forest's Level-5 housing Units (Juliet & Kilo Blocks) I have sent personal copies to be made by the Institutions Librarian. Each time resulted in not only receiving no copies but losing original documents.

    Pursuant to 28 U.S.C. 1746, I declare Under Penalty of Perjury that the following is true and correct to the best of my knowledge
               ***

Matthew McNevin
/s/ Matthew McNevin

March 17, 2021



PITTSBURGH PA 150
26 MAR 2021 PM 8

U.S. Courthouse
P.O. Box 1148
Scranton, PA 18501

"Inmate Mail - PA DEPT. OF CORRECTIONS"

18501-114845

Matthew McNeath/NO7986
Smart Communications/PADOC
SCI Forest
P.O. Box 33028
St. Petersburg, FL 33733

RECEIVED
SCRANTON
MAR 29 2021
Per _____ DEPUTY CLERK
*LEGAL