IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARTOR KIKI BROWN, | No. 3:19-CV-00057 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LT. GILDEA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 25th day of October 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for partial summary judgment (Doc. 86) is **GRANTED**.

2. Judgment shall be entered for all Defendants and against Plaintiff Gartor Kiki Brown on (1) Brown's claim of state-law negligence and (2) Brown's claim under 42 U.S.C. § 1983 of Fourteenth Amendment substantive due process violations.

3. Entry of judgment in accordance with the above paragraph is DEFERRED pending disposition of the remaining claims in this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge